## UNITED STATES *v.* TEN HUNDRED AND SIXTY TINS OF OPIUM.

(*District Court, D. Washington, N. D.*   January 19, 1891.)

At Law.

*P. H. Winston*, U. S. Atty., and *P. C. Sullivan*, Asst. U. S. Atty.
*A. R. Coleman*, for claimant.

HANFORD, J.   What has been said in the preceding case is equally applicable in this case, and determinative of it.   For the same reasons there stated, a decree will be awarded in this case condemning the opium as forfeited to the United States, in accordance with the prayer of the information.